UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Erik Ahlgren, as Trustee in Bankruptcy for
the Estate of Roger Elwell,

      Plaintiff,

v.                                          Case No. 17-cv-5020 (JNE/LIB)
                                             ORDER

Blazek Contracting Corp.,

      Defendant.

This action is before the Court on the parties' Joint Motion for Court Approval of FLSA Settlement. The Court finds that the parties' settlement is a fair compromise of a bona fide dispute and that Plaintiff's attorneys' fees and costs are reasonable. The Court approves the settlement, grants the parties' joint motion, and dismisses this action.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. The Joint Motion for Court Approval of FLSA Settlement [Docket No. 37] is GRANTED.

2. Defendant shall pay the total settlement amount—$2,793.20—in the manner and subject to the conditions set forth in the settlement agreement.

3. This action is DISMISSED WITH PREJUDICE.

4. The Court retains jurisdiction to enforce the parties' settlement agreement.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 20, 2018

                                                                  s/ Joan N. Ericksen
                                                                   JOAN N. ERICKSEN
                                                                   United States District Judge