# UNITED STATES DISTRICT COURT
## District of Minnesota

Erik Ahlgren, as Trustee in Bankruptcy for the Estate of Roger Elwell,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 17-cv-5020 (JNE/LIB)

Blazek Contracting Corp.,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Joint Motion for Court Approval of FLSA Settlement [Docket No. 37] is GRANTED.

2. Defendant shall pay the total settlement amount—$2,793.20—in the manner and subject to the conditions set forth in the settlement agreement.

3. This action is DISMISSED WITH PREJUDICE.

4. The Court retains jurisdiction to enforce the parties' settlement agreement.

Date: 8/21/2018

KATE M. FOGARTY, CLERK

s/M. Price

(By)  M. Price, Deputy Clerk